United States District Court
for the
Southern District of Florida

| | |
|---|---|
| The Genterra Group, LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-22402-Civ-Scola |
| | ) |
| Sanitas USA, Inc., Defendant. | ) |

### Order Adopting Magistrate's Report and Recommendation

Plaintiff the Genterra Group, LLC ("Genterra") seeks a preliminary injunction against Defendant Sanitas USA Inc. ("Sanitas") to prevent Sanitas from building, leasing, or contracting with any third party to build, develop, or lease any new medical facilities. (ECF No. 3.) The motion was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation. (ECF No. 29.) Judge Torres issued a report and recommendation, recommending that the Court deny the motion. (Rep. & Rec., ECF No. 48.) No objections were filed by either party nor were extensions filed to do so.

The Court has considered—*de novo*—Judge Torres's Report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. Genterra has not advanced competent evidence that would justify entry of a preliminary injunction. Genterra has not demonstrated that Sanitas breached the agreement between them or that Sanitas used (or was even in possession of) Genterra's proprietary information to develop new facilities. Therefore, Genterra has not shown a substantial likelihood of success on the merits of its claims.

Accordingly, the Court **affirms and adopts** Judge Torres's report and recommendation (ECF No. 48.) The Court **denies** the Motion for Preliminary Injunction (ECF No. 3.)

**Done and ordered** in chambers, at Miami, Florida, on February 19, 2021.

Robert N. Scola, Jr.
United States District Judge